# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2024

### NO. 03-22-00401-CV

**Hiep Huynh, Appellant**

**v.**

**Connie Last, Appellee**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order granting summary judgment signed by the trial court on March 3, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order granting summary judgment and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.